# CHARLES R. REDDICK, P.C.
P.O. BOX 515
152 WEST SYCAMORE STREET
HOMERVILLE, GEORGIA 31634

**CHARLES R. REDDICK**
Attorney at Law

(912) 487-5224- Telephone
(912) 487-5228- Fax *(main)*
(912) 487-5225- Fax *(DFCS)*

August 24, 2018

Honorable J. Randall Hall
Chief United States District Judge
600 James Brown Blvd.
Augusta, GA 30903

MC118-011

RE: Withdrawal from Southern District of Georgia
United States District Court

Dear Judge Hall:

My name is Charles R. Reddick. I have been a member of the United States District Court for the Southern District of Georgia since 1982. I turned 65 years of age on July 11th of this year and I wish to consolidate my practice to no longer include representation of cases in that court.

Please accept this as my request to withdraw as an accepted attorney for the United States District Court for the Southern District of Georgia. I was advised by the Clerk's Office in Brunswick, Georgia to send this request to you in writing.

Please advise if I need to take any further action to complete my withdrawal. Thank you for your attention to my request.

Very truly yours,

CHARLES R. REDDICK

CRR:cah

GA BAR #
597279

Charles R. Reddick, P.C.
Attorney at Law
P.O. Box 515
Homerville, GA 31634



TALLAHASSEE
FL 323
24 AUG '18
PM 2 L

$ 000.47⁰
02 1P
0000817226   AUG 24 2018
MAILED FROM ZIP CODE 31634

INSPECTED BY ___

Honorable J. Randall Hall
Chief United States District Judge
600 James Brown Blvd.
Augusta, GA 30903

30901-233299